UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. SARABIA, | ) Case Number: 15-cv-02416 NC |
| Plaintiff, | ) ORDER REGARDING RESCHEDULING THE TRIAL |
| vs. | ) |
| OTIS ELEVATOR COMPANY, CUSHMAN & WAKEFIELD, INC. and DOES One Through Three, Inclusive, | ) |
| Defendants. | ) |

    The Court having previously denied Plaintiff's unopposed motion to reschedule the trial date without prejudice and with the caveat that the trial might be rescheduled if the parties would agree upon certain dates for the trial, and the parties having stipulated to the resetting of the date for the trial to commence as September 26, 2016, one of the dates suggested by the Court, and the Court being otherwise fully advised in the premises.

    Plaintiff's Unopposed Motion to Reschedule the Trial is GRANTED. A jury trial set for five days will commence on September 26, 2016 at 9 A.M. in Courtroom 7, Fourth Floor, San Jose Courthouse. Pretrial Conference is set for September 14, 2016 at 2:00 P.M.

BY the Court this 4th day of February, 2016.

_____
Judge Nathanael M. Cousins
United States Magistrate

1