TUCKER ELLIS LLP
BART L. KESSEL - SBN 125080
bart.kessel@tuckerellis.com
ANNE SWOBODA CRUZ - SBN 229819
anne.cruz@tuckerellis.com
VALERIA GOLODNITSKA – SBN 289865
valeria.golodnitska@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409

KELLY M. BREEN - SBN 267715
kelly.breen@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
OTIS ELEVATOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BETH A. SARABIA, <br><br> Plaintiff, <br><br> v. <br><br> OTIS ELEVATOR COMPANY, CUSHMAN & WAKEFIELD, INC. and DOES One through Three, Inclusive, <br><br> Defendants. | Case No. 15-cv-02416 NC <br><br> [~~PROPOSED~~] ORDER TO HEAR DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON LESS THAN 35 DAYS' NOTICE <br><br> Date: August 24, 2016 <br> Time: 1:00 p.m. <br> Location: Courtroom 7 – 4th Floor <br> Judge: Hon. Nathaniel Cousins <br><br> Complaint Filed: June 3, 2015 <br> Trial Date: September 26, 2016 |

Defendant Otis Elevator Company ("Otis") requests an order from the Court allowing its Motion for Summary Judgment against Plaintiff Beth Sarabia's ("Plaintiff") Amended Complaint to be heard on 33 days' notice, and also requests that its Motion for Partial Summary Judgment against Defendant

---

[~~Proposed~~] Order To Hear Defendant Otis Elevator Company's Motion For Summary Judgment And Motion For Partial Summary Judgment On Less Than 35 Days' Notice

413723.1

Cushman & Wakefield, Inc.'s ("CW") Cross-Claim be heard on 33 days' notice. This Court held a case management conference hearing on May 19, 2016. All parties were present. At that hearing, the Court ordered that the last day to file dispositive motions is July 22, 2016, and that the last day to hear dispositive motions is August 24, 2016 at 1:00 p.m. (Minute Entry Order from this proceeding is attached hereto as **Exhibit A**). This order provides for 33 days' notice as opposed to the 35 days' notice required by Northern District of California, Civil Local Rule 7-2(a) ("all motions must be filed, served, and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion"). All parties agreed to 33 days' notice at the May 19, 2016 case management conference hearing. As such, no party will suffer prejudice by having these motions heard on 33 days' notice as opposed to 35 days' notice. Having taken all the facts and evidence into consideration, the Court finds there is good cause to have the above-mentioned motions heard on 33 days' notice, and also finds that Otis timely filed these motions on July 22, 2016.

Accordingly, IT IS ORDERED AND ADJUDGED that:

1. Defendant Otis Elevator Company's Motion for Summary Judgment to Plaintiff's Amended Complaint will be heard on 33 days' notice, and this hearing is set for August 24, 2016; and

2. Defendant Otis Elevator Company's Motion for Partial Summary Judgment to CW's Cross-Claim will be heard on 33 days' notice, and this hearing is set for August 24, 2016.

DATED: July 22, 2016



_____
Honorable Nathaniel Cousins
United States District Court Magistrate Judge

[~~Proposed~~] Order To Hear Defendant Otis Elevator Company's Motion For Summary Judgment And Motion For Partial Summary Judgment On Less Than 35 Days' Notice

413723.1

TUCKER ELLIS LLP — Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

# EXHIBIT A

**Breen, Kelly**

| | |
|---|---|
| From: | ECF-CAND@cand.uscourts.gov |
| Sent: | Friday, May 20, 2016 3:34 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 5:15-cv-02416-NC Sarabia v. Otis Elevator Company et al Case Management Conference - Further |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 5/20/2016 at 3:33 PM and filed on 5/19/2016
**Case Name:** Sarabia v. Otis Elevator Company et al
**Case Number:** 5:15-cv-02416-NC
**Filer:**
**Document Number:** 49(No document attached)

Docket Text:
**Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins.**
**Telephonic Further Case Management Conference held on 5/19/2016:**
**Last day to file dispositive motions is 7/22/2016.**
**Last day to hear summary judgment motions 8/24/2016 01:00 PM.**
**Settlement Conference set for 8/29/2016 09:30 AM in Courtroom 7, 4th Floor, San Jose.**
**Plaintiff's Attorney: Edward LaBarre.**
**Defendants' Attorneys: Jennifer Letulle, Kelly Breen.**
**(FTR: 3:36pm - 3:46pm)** *This is a text only Minute Entry.*
**(lmh, COURT STAFF) (Date Filed: 5/19/2016)**

5:15-cv-02416-NC Notice has been electronically mailed to:

Edward Joseph LaBarre    ed.labarre@gmail.com

Heidi Coleen Quan    hquan@murchisonlaw.com

Jennifer Kim Letulle    jletulle@murchisonlaw.com, srichey@murchisonlaw.com

1

Kelly Misao Breen     kelly.breen@tuckerellis.com, anne.cruz@tuckerellis.com, debi.dilling@tuckerellis.com, Docket-SFO@tuckerellis.com, robert.isler@tuckerellis.com

**5:15-cv-02416-NC Please see <u>Local Rule 5-5</u>; Notice has NOT been electronically mailed to:**

Kelly Misao Breen     kelly.breen@tuckerellis.com, anne.cruz@tuckerellis.com, debi.dilling@tuckerellis.com, Docket-SFO@tuckerellis.com, robert.isler@tuckerellis.com

**5:15-cv-02416-NC Please see <u>Local Rule 5-5</u>; Notice has NOT been electronically mailed to:**

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2016, a copy of the foregoing [PROPOSED] ORDER TO HEAR DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON LESS THAN 35 DAYS' NOTICE was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: July 22, 2016                     Tucker Ellis LLP

                                         By: *Kelly Breen*
                                         Kelly M. Breen
                                         kelly.breen@tuckerellis.com
                                         Defendant Otis Elevator Company

PROOF OF SERVICE

413723.1